NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RECRO GAINESVILLE LLC,**
*Plaintiff - Appellee*

v.

**ACTAVIS LABORATORIES FL, INC.,**
*Defendant - Appellant*

---

17-1822

---

Appeal from the United States District Court for the District of Delaware in case nos. 1:14-cv-01118-GMS, 1:15-cv-00413-GMS, 1:15-cv-01196-GMS, Judge Gregory M. Sleet

---

ON MOTION

O R D E R

Upon consideration of Appellee Recro Gainesville LLC's unopposed motion to extend the time to file its response brief by 30 days,

IT IS ORDERED THAT:

The motion is granted to the extent that Appellee's brief is due 70 days from service of Appellant's opening brief.

FOR THE COURT

May 22, 2017

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court